No. 95–8440. PRATT v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–8442. BRADFORD v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 95–8444. BROWN v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 95–8456. MONREAL v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 95–8467. PADILLA v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 95–8471. BRATTON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 95–8475. ROSE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–8480. CABALLERO YBARRA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 95–8486. RENELUS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–8489. BROWN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95–8490. ALEXANDER v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 95–8498. GREENIDGE v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 95–8503. RODRIGUEZ v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 95–856. JANKLOW, GOVERNOR OF SOUTH DAKOTA, ET AL. v. PLANNED PARENTHOOD, SIOUX FALLS CLINIC, ET AL. C. A. 8th Cir. Motion of National Right to Life Committee, Inc., for leave to file a brief as *amicus curiae* granted. Certiorari denied.